No. 93–1688. CENTRAL DISTRIBUTORS OF BEER, INC. *v.* CONN ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–1689. RICE *v.* OHIO DEPARTMENT OF TRANSPORTATION ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–1691. MANESS *v.* STAR-KIST FOODS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–1698. SAUNDERS *v.* BUSH, FORMER PRESIDENT OF THE UNITED STATES, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1704. ABRAHAM, PERSONAL REPRESENTATIVE OF THE ESTATE OF ABRAHAM, ET AL. *v.* PWG PARTNERSHIP ET AL. Sup. Ct. N. M. Certiorari denied.

No. 93–1737. WOZNICK *v.* HINSON, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION. C. A. 6th Cir. Certiorari denied.

No. 93–1755. MOBIL OIL CORP. *v.* TOWN OF CYRIL. C. A. 10th Cir. Certiorari denied.

No. 93–1785. ORGANIZACION JD LTDA. ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–1791. REIVES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–1804. SACRAMENTO CITY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION *v.* HOLLAND, BY AND THROUGH HER GUARDIAN AD LITEM, HOLLAND, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1807. SCHLEDWITZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–1808. ALAGO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–1815. BURNS-TOOLE *v.* BYRNE ET AL. C. A. 5th Cir. Certiorari denied.